# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2022 KW 0509

VERSUS

TROY WADE

**AUGUST 29, 2022**

---

In Re:    Troy Wade, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 11-01-0154.

---

**BEFORE:    McDONALD, McCLENDON, AND HOLDRIDGE, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include a copy of the motion for patent error review filed with the district court, all pertinent minute entries and/or transcripts, and any other portions of the district court record that might support his writ application.

**JMM**
**PMc**
**GH**

COURT OF APPEAL, FIRST CIRCUIT

꿱.Sᴎ♭
---
DEPUTY CLERK OF COURT
FOR THE COURT